CANFIELD *et al.* v. BELL *et al.*

No. 4841.    Opinion Filed June 15, 1915.

(149 Pac. 1088.)

APPEAL AND ERROR—Case-Made—Failure to File and Certify—Dismissal. Where the purported case-made was not filed in the office of the clerk of the court in which the trial was had, and same is not properly certified as a transcript of the record, the appeal will be dismissed.

(Syllabus by the Court.)

*Error from County Court, Pawnee County;*
*Fred S. Liscum, Judge.*

Action between H. C. Canfield and others and James Bell and others. From the judgment the parties first mentioned bring error. Dismissed.

*McNeill & McNeill,* for plaintiffs in error.

*Redmond S. Cole,* for defendants in error.

George et al. v. Robinson et al.

HARDY, J. This case comes on upon motion to dismiss appeal, because: (1) The case-made was not filed in the court below; (2) the certificate of the judge who tried the case was never attested by the clerk of the county court; and (3) the certificate of the alleged case-made does not affirmatively show that it contains a full, true, and correct transcript of the record in said cause.

It does not appear that the case-made was ever filed in the office of the clerk of the trial court, as required by section 5242, Rev. Laws 1910, and, in the absence of a request for leave to withdraw case-made and file same as required by said statute, it will be stricken from the files of this court; and, not being properly certified as a transcript, the petition in error is dismissed. *Abbott .v Rogers*, 35 Okla. 189, 128 Pac. 908; *Peck v. Stephens*, 35 Okla. 468, 130 Pac. 276; *Montemat v. Johnson*, 42 Okla. 443, 141 Pac. 779.

All the Justices concur.